UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARILU SHIEH,

    Plaintiff(s),

    v.

MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS INC., et al.,

    Defendant(s).
_____/

No. C 11-0106 PJH

**ORDER TO SHOW CAUSE**

On January 10, 2011 the complaint in this matter was filed and a summons was issued for the three defendants. Plaintiff appeared at the April 21, 2011 case management conference and was advised that she had only about 20 days left to serve the defendants. She requested additional time to find counsel to represent her and to serve the defendants. Plaintiff's request was granted and she was afforded 60 additional days to serve the defendants and to retain counsel. She was further ordered to appear in person or through counsel at the continued conference on June 23, 2011. Plaintiff did not appear as ordered on June 23, 2011, and no proof of service of any defendant has been filed.

Accordingly, the court hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) or for failure to serve pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

The hearing on the order to show cause will be held on July 7, 2011, at 2:00 p.m. If plaintiff fails to appear, the case shall be dismissed for failure to prosecute and if no proof of service is filed, the case shall be dismissed for failure to serve.

**IT IS SO ORDERED.**

Dated: June 24, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge